U.S. DISTRICT COURT FILED
MAR 15 2006
W.P.
S.D. OF N.Y.

37

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

**E&S REALTY OF ROCKLAND, LLC,**

**Plaintiff,**

**04 CV 01865 (CLB)**

**JUDGMENT**

**-against-**

**EXXON MOBILE CORPORATION, f/k/a EXXON MOBILE CORPORATION, f/k/a MOBIL CORPORATION, and DOES 1 through 24,**

**Defendants.**

------------------------------------X

**EXXON MOBILE CORPORATION**

**Third-Party Plaintiff,**

**-against-**

**DUTCHESS TERMINALS, INC., SAM'S TOWING AND AUTOMOTIVE, EDWARD AND HERBERT KIMELMAN d/b/a KIMY'S GARAGE,**

**Third-Party Defendants.**

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the case thereafter on March 9, 2006, having handed down an MEMORANDUM AND ORDER (docket #36), granting Defendant's, Exxon Mobile, motion for summary judgment (docket #29), dismissing the action as to John Doe defendants and dismissing the Third Party Complaint without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** that the Defendant's, Exxon Mobile, motion for summary judgment (docket #29) is granted, the action is dismissed against the John Doe defendants, and the Third Party complaint is dismissed without prejudice and the case is hereby closed.

**DATED: White Plains, N.Y**
**March 15, 2006**

J. Michael McMahon

**J. Michael McMahon, Clerk Of Court**

MICROFILM
MAR 17 2006
USDC SD NY WP

I:\JUDGMENT\rockland.865.wpd