Fee paid $255.00 E 568192

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

FILED U.S. DISTRICT COURT 2006 APR -4 A 11: 23 S.D. OF N.Y. W.P.

**E&S REALTY OF ROCKLAND, LLC,** **Civil Action No. 04-CIV. 1865(B)**

**Plaintiff,**

v.

**EXXON MOBIL CORPORATION, f/k/a EXXON CORPORATION and f/k/a MOBIL CORPORATION, and DOES 1 through 24,**

**Defendants.**

**EXXON MOBIL CORPORATION,**

**Third-Party Plaintiff,**

v.

**DUTCHESS TERMINALS, INC., SAM'S TOWING AND AUTOMOTIVE, EDWARD AND HERBERT KIMELMAN d/b/a KIMY'S GARAGE, INC.,**

**Third-Party Defendants.**

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that **E&S REALTY OF ROCKLAND, LLC**, appellant, by and through his attorney, Law Office of Shmuel Klein, PC, appeals to the United States District Court for the Southern District of New York from the Order of the Honorable Charles L. Brieant, U.S.J.D., dated 03/09/06 and entered in the office of the Clerk of said Court on 03/15/06 and from each and every part thereof.

This appeal is made pursuant to United States District Court Rule 28 U.S.C. §1291.

In accordance with Rule 40(a) of the United States District Court for the Southern District of New York, the name of the other parties to the Order and their respective attorneys of record are listed below.

| Parties | Attorneys |
|---|---|
| **E&S REALTY OF ROCKLAND, LLC** | Law Office of Shmuel Klein, PC<br>268 Route 59<br>Spring Valley, NY 10977<br>(845) 425-2510 |
| EXXON MOBIL CORPORATION | **Joseph T. Walsh, III**<br>**McCusker Anselmi Rosen Carvelli & Walsh, PA**<br>**405 Lexington Ave, 42nd Floor**<br>**New York, NY 10174** |

Dated: April 3, 2006
Spring Valley, NY 10977

__________/s/__________

Shmuel Klein
Attorney for Debtor
268 West Route 59
Spring Valley, NY 10977
845-425-2510

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

**E&S REALTY OF ROCKLAND, LLC,** **Civil Action No. 04-CIV. 1865(B)**

**Plaintiff,**

**v.**

**EXXON MOBIL CORPORATION, f/k/a EXXON CORPORATION and f/k/a MOBIL CORPORATION, and DOES 1 through 24,**

**Defendants.**

**EXXON MOBIL CORPORATION,**

**Third-Party Plaintiff,**

**v.**

**DUTCHESS TERMINALS, INC., SAM'S TOWING AND AUTOMOTIVE, EDWARD AND HERBERT KIMELMAN d/b/a KIMY'S GARAGE, INC.,**

**Third-Party Defendants.**

## APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO UNITED STATES DISTRICT COURT RULE 28

Appellant having filed a notice of appeal dated April 3, 2006, from an order of the district court dated 3/9/2006, which denied Plaintiff's Complaint to **Defendants under Sections 107 and 113(b) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§9607 and 9613(b), for recovery of costs incurred and to be incurred by the Plaintiff because of the release, or threatened release, of hazardous substances** pursuant to 28 U.S.C. § **1345 and 42 U.S.C. §§ 9606(b), 9607(a) and (c)(3), and 9613(b).** based upon the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal.

### Designation of Contents of Record

1. Motion for summary judgement, opposition, reply and transcript of the hearing and order.

Issues Presented

1. Whether the United States District Court Judge erred and/or abused discretion in denying the motion?

Dated: April 3, 2006
Spring Valley, NY

/s/ [signature]

Shmuel Klein
Attorney for Debtor
268 West Route 59
Spring Valley, NY 10977
845-425-2510

CERTIFICATE OF SERVICE

I, Shmuel Klein, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I have offices at 268 West Route 59, Spring Valley, NY 10977. I served the within Notice of Appeal together with the Order appealed and APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO 28 U.S.C. §1291 on the April 3, 2006 by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

**McCusker Anselmi Rosen Carvelli & Walsh, PA**
**405 Lexington Ave, 42nd Floor**
**New York, NY 10174**

Shmuel Klein