SDNY/White Plains
04-cv-1865
Brieant

MANDATE

06-1598-cv
E&S Realty of Rockland, LLC v. Exxon Mobil Corp.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

U.S. DISTRICT COURT
FILED
JUL 11 2007
S.D. of N.Y.

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of June, two thousand seven.

PRESENT: HON. DENNIS JACOBS,
*Chief Judge*,
HON. SONIA SOTOMAYOR,
HON. RICHARD C. WESLEY,
*Circuit Judges*.

UNITED STATES COURT OF APPEALS
FILED
JUN 15 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - X

E&S REALTY OF ROCKLAND, LLC,

*Plaintiff-Appellant*,

-v.- 06-1598-cv

EXXON MOBIL CORPORATION, formerly known as EXXON CORPORATION, formerly known as MOBIL CORPORATION,

*Defendant-Third-Party Plaintiff-Appellee*,

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by [signature]
DEPUTY CLERK

Issued as Mandate: 7/10/07

**DUTCHESS TERMINALS, INC., EDWARD and HERBERT KIMELMAN, doing business as KIMY'S GARAGE, INC., and SAM'S TOWING & AUTOMOTIVE, INC.,**

**<u>Third-Party-Defendants</u>,**

**DOES 1 to 24,**

**<u>Defendants</u>.**

**- - - - - - - - - - - - - - - - - - - - X**

**SUBMITTING FOR PLAINTIFF-APPELLANT:** SHMUEL BEREL KLEIN, Law Office of Shmuel Klein, P.C., Spring Valley, NY.

**APPEARING FOR DEFENDANT-: THIRD-PARTY-PLAINTIFF-APPELLEE:** JOSEPH T. WALSH III, (Maritza Berdote Byrne, <u>on the brief</u>), McCusker, Anselmi, Rosen, Carvelli & Walsh, P.C., New York, NY.

Appeal from an order of the United States District Court for the Southern District of New York (Brieant, <u>J.</u>) granting summary judgment and dismissing plaintiff-appellant's claims.

Affirmed.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court
By: